# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANTON CLIFFORD, *individually*, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *Civil Action No. 1:21-cv-01403-LMM |
| | * |
| TME ENTERPRISES I, LTD. (L.P.), | * |
| | * |
| Defendant. | * |

## STIPULATION OF DISMISSAL

The parties stipulate to the dismissal of the action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 24th day of May, 2021.

*/s/ Julie McCollister*
Julie McCollister
*Attorney for Plaintiff*
McCollister Law, LLC
P.O. Box 2525
Blairsville, GA  30514
(706) 745-0057
jbmccollister@gmail.com

*/s/ Bradley T. Adler*
Bradley T. Adler
*Attorney for Defendant*
Freeman Mathis & Gary, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948
D: 770.818.1413 | C: 404.293.5523
badler@fmglaw.com